UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAIN WELLS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COLONIAL COMPLIANCE SYSTEMS, INC.,<br><br>　　　　　　Defendant. | Case No. 19-cv-07810-WHO<br><br>**ORDER TO SHOW CAUSE REGARDING DISMISSAL FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 30 |

A Case Management Conference is set for 2 p.m. on September 8, 2020. The parties have not filed a timely Joint Case Management Statement. The last entry on the docket is a Stipulation filed on March 30, 2020 that was never entered by the Court (no order was sought in violation of Civil L.R. 7-12), suggesting that the parties were mediating the case and wanted a stay. This case will be dismissed for failure to prosecute unless the parties file a Joint Case Management Statement by 9 a.m. on September 8, 2020 explaining the status of this matter.

**IT IS SO ORDERED.**

Dated: September 3, 2020



William H. Orrick
United States District Judge