UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAIN WELLS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COLONIAL COMPLIANCE SYSTEMS, INC.,<br><br>　　　　　Defendant. | Case No. 19-cv-07810-WHO<br><br>**ORDER APPROVING SETTLEMENT**<br><br>Re: Dkt. Nos. 37, 41 |

Based on the motion to approve settlement and the original and supplemental declarations, the Court finds the settlement agreement is a fair and reasonable resolution of a bona fide dispute. As such, the Court GRANTS the Parties' Joint Motion for Approval of FLSA Settlement. The Court further APPROVES the payment of $21,200 to the law firm of Josephson Dunlap LLP for attorney fees, $1,412.43 for plaintiffs' counsel's litigation expenses, and a $5,000 service award to Wells.  This action is DISMISSED in its entirety with prejudice. The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

Dated: February 4, 2021

William H. Orrick
United States District Judge